UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARINA GALLO,

        Plaintiff,

v.

CRUISEPORT CURACAO CV, et al.,

        Defendants.

C16-1973 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for leave to amend, docket no. 11, is GRANTED, and plaintiff shall electronically file her amended complaint within seven (7) days of the date of this Minute Order.

(2) Defendants' Rule 12(b)(6) motion, docket no. 13, is DENIED.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of September, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1