UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARINA GALLO,<br><br>              Plaintiff,<br><br>   v.<br><br>CRUISEPORT CURACAO CV, et al.,<br><br>              Defendants. | C16-1973 TSZ<br><br>ORDER |

Defendants' counsel having advised the Court, on behalf of all parties, that this matter has been resolved, *see* Notice of Settlement (docket no. 23), and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The trial date of March 5, 2018, and all related dates and deadlines are STRICKEN. Defendants' motion in limine, docket no. 21, is STRICKEN as moot.

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 5th day of February, 2018.

Thomas S. Zilly
United States District Judge

ORDER - 1